No. 417. REED v. OCCIDENTAL BUILDING & LOAN ASSN. ET AL. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Gertrude D. Reed, pro se.* No appearance for respondents. ■

No. 236. WILSON ET AL. v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Husty* v. *United States,* 282 U. S. 694, 702; *David* v. *United States,* 283 U. S. 859. *Messrs. John J. Bouhan* and *E. H. Abrahams* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 203. PHILIP CAREY MFG. Co. v. DEAN, FORMER COLLECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward J. Brunenkant* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Norman D. Keller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 204. SCHEURHOLZ v. ROACH. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. M. J. Fulton* and *Holmes Hall* for petitioner. *Mr. S. L. Sinnott* for respondent.

No. 205. ANSARDI v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herve Racivitch*

624

for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter* and *Paul D. Miller* for the United States.

No. 206. THORM ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. P. J. McCumber* and *Frederic M. P. Pearse* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 207. MAGINNIS ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. William A. Hines* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 208. YASUJI FUJITA *v.* NAGLE, COMMISSIONER OF IMMIGRATION. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Warren H. Lewis* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.

No. 210. LA SALLE CEMENT CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE; and

No. 211. ALPHA PORTLAND CEMENT CO. *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Cir-